UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

U.S. NUTRACEUTICALS LLC and
BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS,

    Plaintiffs,

v.                                                                Case No: 5:12-cv-366-Oc-10PRL

CYANOTECH CORPORATION and
NUTREX HAWAII, INC.

    Defendants.

## ORDER

This case comes before the Court for consideration of Plaintiffs' Motion for Reconsideration of Order on Motion for Extension of Time to Complete Discovery (Doc. 88). Plaintiffs object to the Court's Order dated November 7, 2013 granting a three (3) month extension of discovery, dispositive motion deadlines, and trial dates. Plaintiffs argue that the Court's Order was premised on a series of inaccurate factual statements by Defendants, that Defendants "chose to stonewall discovery for months on end," and that Defendants failed to show good cause for modifying the scheduling order.

As already explained in the Court's Order (Doc. 87), good cause exists for modification of the case management deadlines. Plaintiffs' Motion for Reconsideration (Doc. 88) is DENIED.

**DONE** and **ORDERED** in Ocala, Florida on November 12, 2013.

- 2 -

*[Signature]*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties