UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

U.S. NUTRACEUTICALS, LLC, a Florida
limited liability corporation d/b/a VALENSA
INTERNATIONAL,

               Plaintiff,

-vs-                                       Case No.  5:12-cv-366-Oc-10PRL

CYANOTECH CORPORATION, a Nevada
corporation,

               Defendant.
_____/

## O R D E R

On October 15, 2013, the United States Magistrate Judge issued a Report (Doc. 76) recommending that the Defendants' Motion to Stay Pending Inter Partes Review (Doc. 51) be denied without prejudice.  The Plaintiffs have not filed any objections, however, the Defendant late-filed Objections on November 1, 2013 (Doc. 81).  The Court has reviewed the Objections, and finds them to be unpersuasive.

Accordingly, upon due consideration, it is hereby ORDERED as follows:

(1)    The Magistrate Judge's Report and Recommendation (Doc. 76) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF;

(2)    The Defendants' Objections (Doc. 81) are OVERRULED; and

(3)    The Defendants' Motion to Stay Case Pending Inter Partes Review (Doc. 51) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 15th day of November, 2013.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Hon. Philip R. Lammens
             Maurya A. McSheehy