UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

U.S. NUTRACEUTICALS LLC and
BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS,

    Plaintiffs,

v.                                        Case No: 5:12-cv-366-Oc-10PRL

CYANOTECH CORPORATION and
NUTREX HAWAII, INC.

    Defendants.

## ORDER

This case is before the Court for consideration of Plaintiffs' Motion (Doc. 136) for Reconsideration of the Court's recent Order (Doc. 135). In pertinent part, that Order provided:

> Defendants' Motion to Shorten Time for Plaintiffs to Respond (Doc. 134) is GRANTED in part. Plaintiffs shall have until March 21, 2014 within which to file responses to Defendants' motions to compel (Docs. 131 and 132). Additionally, on or before March 19, 2014, counsel for both parties shall confer either telephonically or in person, and specifically and meaningfully discuss each and every document request that is the subject of Defendants' motion to compel in an effort to resolve the issues that are the subject of Defendants' motion, and to narrow the issues that must be resolved by the Court. On or before March 21, 2014, the parties shall file a joint notice certifying that they have complied with both this Order and Local Rule 3.01(g), and stating which document requests remain in dispute between the parties. Signed by Magistrate Judge Philip R. Lammens on 3/14/2014.

Plaintiffs argue that the current briefing schedule places Plaintiffs in an "extremely difficult situation," given that their briefs in the related action before the United States Patent and

- 2 -

Trademark Office are also due March 21, 2014, Plaintiffs' counsel has a long-standing family commitment March 19 – 21, 2014, and Defendants have created a false sense of urgency.

Defendants have responded to Plaintiffs' motion, noting that Plaintiffs failed to confer regarding the motion for reconsideration as required by Local Rule 3.01(g). Indeed, Plaintiffs' motion lacks the certification required by Local Rule 3.01(g), and it appears that counsel for Plaintiffs failed to comply with the requirement to meet and confer in a good faith effort to resolve the issues raised by the motion. This failure alone is grounds for denying Plaintiffs' motion. Counsel for both parties are cautioned that they are expected to fully comply with both the letter and spirit of Local Rule 3.01(g).[1]

In the interests of efficiency, however, it appears that Plaintiffs' motion is not without merit, and that relief from the current briefing schedule is warranted in light of the deadlines in the related action before the United States Patent and Trademark Office and other circumstances noted in Plaintiffs' motion. Moreover, the revised deadlines proposed by Plaintiffs are reasonable.

Accordingly, Plaintiff's Motion for Reconsideration (Doc. 136) is **GRANTED**, and the Court's Order (Doc. 135) entered March 14, 2014 is hereby amended as follows: Plaintiffs shall have until **March 28, 2014** within which to file responses to Defendants' motions to compel (Docs. 131 and 132). Additionally, on or before **March 24, 2014**, counsel for both parties shall confer either <u>telephonically</u> or <u>in person</u>, and specifically and meaningfully discuss <u>each</u> and <u>every</u> document request that is the subject of Defendants' motion to compel in an effort to resolve the issues that are the subject of Defendants' motion, and to narrow the issues that must be resolved

---

[1] Local Rule 3.01(g) requires the moving party to confer with the opposing party in a good faith effort to resolve the issues raised in the motion <u>and</u> file a statement certifying that such a conference occurred and "stating whether counsel agree on the resolution of the motion." I note that while Defendants correctly point out Plaintiffs' failure to comply with this Rule, a review of Defendants' initial motion (Doc. 134) reveals that it is also inadequate.

by the Court.  On or before **March 25, 2014**, the parties shall file a joint notice certifying that they have complied with both this Order and Local Rule 3.01(g), and stating which document requests remain in dispute between the parties.

      **DONE** and **ORDERED** in Ocala, Florida on March 17, 2014.

                                          PHILIP R. LAMMENS
                                          United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties