# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**U.S. NUTRACEUTICALS LLC and**
**BOARD OF TRUSTEES OF THE**
**UNIVERSITY OF ILLINOIS,**

    **Plaintiffs,**

v.                                                             Case No: 5:12-cv-366-Oc-10PRL

**CYANOTECH CORPORATION and**
**NUTREX HAWAII, INC.**

    **Defendants.**

## ORDER

This case comes before the Court for consideration of Plaintiffs' Motion for Leave to File Under Seal Certain Exhibits Defendants Contend are Confidential (Doc. 187), to which Defendants have responded. (Doc. 188). Plaintiffs recite that they wish to file certain exhibits in support of a motion for spoliation of evidence that they will bring, and that the exhibits must be filed under seal because they have been designated as Confidential by Defendants under the parties' Stipulated Protective Order. Defendants do not object to Plaintiffs filing the proposed exhibits under seal. (Doc. 188).

Accordingly, upon due consideration and pursuant to Local Rule 1.09, Plaintiffs' Motion for Leave to File Under Seal (Doc. 187) is **GRANTED**. Plaintiffs are directed to provide the documents to be sealed, as identified in their Motion (Doc. 187), to the Clerk's Office, and the Clerk is directed to take all steps necessary to effectuate the filing of the documents under seal. The documents shall remain sealed during the pendency of this action, including on appeal, if applicable.

**DONE** and **ORDERED** in Ocala, Florida on July 25, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties