UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

U.S. NUTRACEUTICALS LLC and
BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS,

    Plaintiffs,

v.     Case No: 5:12-cv-366-Oc-10PRL

CYANOTECH CORPORATION and
NUTREX HAWAII, INC.

    Defendants.

ORDER

This case is before the Court for consideration of Defendants' Motion to Compel Expert Depositions or, Alternatively, for Extension of Expert Rebuttal Deadline.  (Doc. 191).

Pursuant to the deadlines agreed upon by the parties in their Case Management Report, as amended, the deadlines for expert disclosures and discovery are follows:  July 9, 2014 - Initial expert disclosure deadline; August 11, 2014 -Rebuttal expert disclosure deadline; September 2, 2014 - Defendants' rebuttal regarding secondary considerations deadline; and September 22, 2014 - Expert discovery deadline.

Defendants recite that they have attempted to schedule the depositions of Plaintiffs' disclosed expert witnesses prior to the rebuttal expert disclosure deadline, but that Plaintiffs have refused to make their experts available for deposition prior to the deadline.  Defendants seek an order compelling the depositions prior to the deadline, or for an extension of the rebuttal disclosure deadline until seven days following the completion of the depositions of Plaintiffs' experts Dr. Kaushal (ophthalmologist) and Mr. Bero (damages/accounting expert).  In response, Plaintiffs

maintain that Defendants are not entitled to depose Plaintiffs' experts in advance of the deadline for rebuttal reports simply so that they could incorporate any relevant information gleaned from the depositions into the rebuttal reports. Plaintiffs also state that their experts' busy schedules have presented scheduling challenges for the depositions.

Accordingly, upon due consideration, Defendants' motion (Doc. 191) is **GRANTED** in part, and the parties shall make every effort to complete any outstanding depositions of Plaintiffs' experts in advance of the amended rebuttal expert disclosure deadline. The case management deadlines are amended as follows: September 11, 2014 - rebuttal expert disclosure deadline; October 2, 2014 - Defendants' rebuttal regarding secondary considerations deadline; and October 22, 2014 - Expert discovery deadline. The remaining deadlines stated in the Case Management Order (Doc. 170) shall remain undisturbed. Defendants' motion (Doc. 198) for leave to file a reply in opposition to Plaintiff's memorandum in opposition is **DENIED** as moot.

**DONE** and **ORDERED** in Ocala, Florida on August 11, 2014.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties