**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**U.S. NUTRACEUTICALS LLC and
BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS,**

    Plaintiffs,

v.                                                             **Case No: 5:12-cv-366-Oc-10PRL**

**CYANOTECH CORPORATION and
NUTREX HAWAII, INC.**

    Defendants.

## ORDER

This case comes before the Court for consideration of Defendants' Unopposed Motion for Leave to File Under Seal. (Doc. 210). Defendants recite that they wish to file certain documents in support of a motion for leave to amend counterclaims based on improperly concealed evidence that they will bring, and that the documents must be filed under seal because they have been designated as Confidential by Plaintiffs under the parties' Stipulated Protective Order. Plaintiffs do not object to Defendants filing the proposed documents under seal. (Doc. 210, p. 5).

Accordingly, upon due consideration and pursuant to Local Rule 1.09, Defendants' Motion for Leave to File Under Seal (Doc. 210) is **GRANTED**. Defendants are directed to provide the documents to be sealed, as identified in their Motion (Doc. 210), to the Clerk's Office, and the Clerk is directed to take all steps necessary to effectuate the filing of the documents under seal. The documents shall remain sealed during the pendency of this action, including on appeal, if applicable.

**DONE** and **ORDERED** in Ocala, Florida on September 4, 2014.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties