**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**U.S. NUTRACEUTICALS LLC and**
**BOARD OF TRUSTEES OF THE**
**UNIVERSITY OF ILLINOIS,**

    Plaintiffs,

v.                                                                                                      **Case No: 5:12-cv-366-Oc-10PRL**

**CYANOTECH CORPORATION and**
**NUTREX HAWAII, INC.**

    Defendants.

## ORDER

This case comes before the Court for consideration of Defendants' Unopposed Motion for Leave to File Under Seal an exhibit Plaintiffs contend is confidential. (Doc. 235). Defendants recite that they wish to file the exhibit in support of a response to Plaintiffs' motion to compel the deposition of Gerald Cysewski, Cyanotech, and Nutrex, and that the exhibit ("VALENSA153865") must be filed under seal because Plaintiffs have designated it as "highly confidential" under the parties' Stipulated Protective Order. Plaintiffs do not object to Defendants filing the proposed exhibit under seal.

Accordingly, upon due consideration and pursuant to Local Rule 1.09, Defendants' Motion for Leave to File Under Seal (Doc. 235) is **GRANTED**. Defendants are directed to provide the document to be sealed to the Clerk's Office, and the Clerk is directed to take all steps necessary to effectuate the filing of the document under seal. The document shall remain sealed during the pendency of this action, including on appeal, if applicable.

**DONE** and **ORDERED** in Ocala, Florida on November 4, 2014.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties